JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. TURNER,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 5:17-cv-00480-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED consistent with this Court's Order.

DATED: 07/03/18

               HONORABLE SHASHI H. KEWALRAMANI
               United States Magistrate Judge